**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2387

DAVID DE SUSTAR-WARE,

Plaintiff - Appellant,

versus

NORDSTROM, INCORPORATED; TALXUCM SERVICES,
INCORPORATED,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CA-04-1318-1)

Submitted:  June 28, 2006          Decided:  July 14, 2006

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

David de Süstar-Ware, Appellant Pro Se. Ronda Brown Esaw,
MCGUIREWOODS, LLP, McLean, Virginia, for Appellee Nordstrom, Inc.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David de Süstar-Ware appeals the district court's order dismissing his employment discrimination action for failure to prosecute under Fed. R. Civ. P. 41.  We have reviewed the record and find no reversible error.  Accordingly, we deny all pending motions and affirm for the reasons stated by the district court. See de Süstar-Ware v. Nordstrom, Inc., No. CA-04-1318-1 (E.D. Va. filed Nov. 4, 2005 & entered Nov. 7, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED